## RUSSELL *et al.* v. OGLETREE.

No. 11577. JANUARY 15, 1937. REHEARING DENIED MARCH 22, 1937.

*Earle Norman,* for plaintiffs in error.

*Lamar C. Rucker* and *Clement E. Sutton,* contra.

BECK, Presiding Justice. This suit was brought by Mrs. B. L. Ogletree jointly against J. Russell doing business as Russell Transfer Company, and the Great American Indemnity Company of New York, alleged to be the "insurance carrier of the defendant," to recover damages for alleged injuries sustained by her when the car in which she was riding collided with a truck belonging to the defendant. Russell is alleged to be a motor common carrier, and the indemnity company is alleged to be jointly liable with him under the provisions of the motor common-carrier act of 1931. The demurrers to the petition filed by the defendants are identical with those filed by the same defendants in the case of *Russell* v. *Burroughs,* 183 *Ga.* 361 (188 S. E. 451). Under the ruling in that case, the demurrers to the petition, on the ground

that there was a misjoinder of parties defendant, should have been sustained.

*Judgment reversed. All the Justices concur, except Russell, C. J., and Bell, J., who dissent.*

JENKINS, Justice, concurring specially. While the decision in this case is in conflict with certain decisions of the Court of Appeals, including *LaHatte* v. *Walton, 53 Ga. App.* 6 (184 S. E. 742), *Baker* v. *Moultrie Banking Co., 53 Ga. App.* 107 (184 S. E. 894), *Great American Indemnity Co.* v. *Durham, 54 Ga. App.* 353 (187 S. E. 891), the latter case prepared by the writer, I have agreed to the conclusion arrived at in the majority opinion under the authority of the subsequent decision of this court in *Russell* v. *Burroughs, 183 Ga.* 361 (188 S. E. 451).